~~PROPOSED~~ ORDER/COVER SHEET

TO:         **Honorable Thomas S. Hixson**               **RE:**   **Gamboa, Deshawnte**
               **U.S. Magistrate Judge**

FROM:     **Sheri Broussard,**                 **Docket No.:**   **3:19-cr-00226-RS-4**
               **U.S. Pretrial Services Officer**

**Date:**        **May 31, 2022**

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

Sheri Broussard                   415-436-7511

**U.S. Pretrial Services Officer**           **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐    I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☐    Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐    Inform all parties concerned that a Bail Review Hearing will be conducted by: Magistrate Judge _____ Presiding  District Court Judge _____

☑    I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑    Modification(s)

        A.    ***The defendant shall reside at the Halfway House located at 111 Taylor Street in San Francisco, California, and may only leave for employment and Court appearances.***

☐    Bail Revoked/Bench Warrant Issued.

☐    I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐    Other Instructions:

_____

_____

_____

_____    May 31, 2022
**JUDICIAL OFFICER**          **DATE**
Hon. Thomas S. Hixson

U.S. Magistrate Judge