```
FILED
Jun 16 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO
```

# ~~PROPOSED~~ ORDER/COVER SHEET

**TO:**    **Honorable Thomas S. Hixson**      **RE:**    **Gamboa, Deshawnte**
             **U.S. Magistrate Judge**

**FROM:**    **Sheri Broussard,**      **Docket No.:**    **3:19-cr-00226-RS-4**
               **U.S. Pretrial Services Officer**

**Date:**    **June 16, 2022**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

       Sheri Broussard                        415-436-7511

     **U.S. Pretrial Services Officer**              **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐ I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

☐ Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

☐ Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☑ I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☑ Modification(s)

     **A.**     *The defendant shall reside at the Halfway House located at 111 Taylor Street in San Francisco, California, and may only leave for employment, court appearances, court-approved obligations, medical, substance abuse or mental health treatment and attorney visits approved in advance by Pretrial Services.*

☐ Bail Revoked/Bench Warrant Issued.

☐ I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

☐ Other Instructions:

_____

_____

*[signature]*             June 16, 2022
**JUDICIAL OFFICER**             **DATE**

Hon. Thomas S. Hixson
U.S. Magistrate Judge